**LEVINE, STALLER, SKLAR, CHAN
& BROWN, P.A.**
3030 Atlantic Avenue
Atlantic City, NJ 08401
Attorneys for Defendant, Trump Marina Associates, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY - CAMDEN VICINAGE

| | |
|---|---|
| PREVIN MANKODI,<br><br>    Plaintiff,<br><br>v.<br><br>TRUMP MARINA ASSOCIATES, LLC, a New Jersey LLC, SUSAN FLOORPERSON, and J. DEALER, Trump Marina Associates' employees whose real names are not known,<br><br>    Defendants. | CASE NO.: 1:11-cv-04478-JHR-KMW<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the Complaint against Defendant, Trump Marina Associates, LLC, is dismissed with prejudice, each party to bear their own costs and attorney's fees.

THOMAS B. DUFFY
COUNSELLOR AT LAW

By: _____
Thomas B. Duffy, Esq.
Attorney for Plaintiff

Dated: 9/5/14

LEVINE, STALLER, SKLAR,
CHAN & BROWN, P.A.

By: _____
Anthony Morgano, Esq.
Attorney for Defendant
Trump Marina Associates, LLC

Dated: 9/4/14